UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-2557

Blake

vs.

Young, et al.

Robert J. Blake, Appellant

(Western District of Pennsylvania Civil No. 02-cv-00345E)

**O R D E R**

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Marcia M. Waldron
Clerk

Date: July 20, 2005

cc:
    Robert J. Blake
    Thomas P. McGinnis, Esq.
    Alan R. Shaddinger, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**       UNITED STATES COURT OF APPEALS      TELEPHONE
CLERK                       FOR THE THIRD CIRCUIT            215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

___Erie___  Clerk of District Court      Date ___7/20/05___
(District)

___Blake v. Young___      C. of A. No. ___05-2557___
(Caption)

___Robert J. Blake___
(Appellant)

___02-cv-345___
(D.C. No.)

Enclosures:

___7/20/05___ Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

* ___XXXX___ Record

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

___XXXX___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

___Dana Moore___     (267)-299-___4927___
Deputy Clerk        Telephone Number

* _____ (267)-299-_____
Record Processor    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)
Rev. 3/13/00
Appeals (Record)