CA02-345 E
Appeal Fee
$255.00
Rec# 05-407

