UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 18, 2005
B-153

No. 05-2557

Robert J. Blake, Appellant

v.

Jack Q. Young, Chief of Police, et al.
(WDPA Civil No. 02-00345E)

Present: RENDELL, FISHER, and VANANTWERPEN, Circuit Judges.

Motion by Appellant to Reopen Case.

Answer due 8/15/05.
Clerk's Order of 7/20/05.

/s/ Dana M. Moore/slc
Case Manager (267)299-4927

_____ O R D E R _____

**The foregoing** motion by appellant to reopen case is granted.

A TRUE COPY:

By the Court,

Kathleen Brouwer,
Chief Deputy Clerk

/s/ Franklin S. Van Antwerpen
**Circuit Judge**

Dated: August 24, 2005
DMM/cc: Mr. Robert J. Blake, Esq.
  Thomas P. McGinnis, Esq.
  Alan R. Shaddinger, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Erie_____ Clerk of District Court            Date____8/24/05_____
  (District)

___Blake v. Young_____           C. of A. No.___05-2557___
  (Caption)

___Robert J. Blake_____
  (Appellants)

___02-cv-00345_____
  (D.C. No.)

Enclosures:

___8/24/05_____Certified copy of C. of A. Order by the **Court**/Clerk
  (Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

___XXXXX____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
              is recalled.

                                    ___Dana M. Moore___  (267)-299-__4927__
                                       Deputy Clerk        Telephone Number

Receipt Acknowledge:

_____
  (Name)

_____
  (Date)

                                              Rev. 3/13/00
                               Appeals (Certified List in Lieu of Record)

N:\recrel.wpd