UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1820
ERIE, PENNSYLVANIA 16507
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: August 30, 2005

Marcia M. Waldron, Clerk
United States Court of Appeals
21400 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA  19106

IN RE: <u>BLAKE V. YOUNG</u>
WESTERN DIST. OF PA NO. <u>CA 02-345 ERIE</u>
U.S.C.A. NO. <u>05-2557</u>

Dear Ms. Waldron:

Enclosed please find:

| | |
|---|---|
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. |
| X | Actual Record with one certified copy and one uncertified copy of the docket entries. |
| _ | One certified copy of the docket entries to be filed as the Certified List in Lieu of the _ Supplemental Record. |
| _ | Actual _ Supplemental Record with one certified copy and one uncertified copy of the docket entries. |

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: s/Nicole M. Kierzek
    Nicole M. Kierzek
    Deputy Clerk

Enclosures
RECEIPT ACKNOWLEDGED BY: _Dana Moore_ DATE _9-1-05_