UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2557
_____

ROBERT J. BLAKE,
                Appellant

vs.

JACK Q. YOUNG, Chief of Police;
BOROUGH OF CAMBRIDGE SPRINGS, PA;
CRAWFORD COUNTY CORRECTIONAL FACILITY
_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 02-cv-00345E)
District Judge: Honorable Sean J. McLaughlin
_____

Submitted Under Third Circuit LAR 34.1(a)
April 7, 2006

Before:    FISHER, ALDISERT AND WEIS, <u>Circuit Judges</u>.

**JUDGMENT**
_____

     This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

     ORDERED AND ADJUDGED by this court that the judgment of the district court entered April 22, 2005 be and the same is hereby affirmed. Costs taxed against the appellant. All of the above is in accordance with the opinion of this Court.

                                  ATTEST:

                                  <u>/s/ Marcia M. Waldron</u>
                                  Clerk

DATED: April 10, 2006