OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Telephone
267-299-4927

www.ca3.uscourts.gov

May 2, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

RECEIVED

RE: Docket No. 05-2557
    Blake  vs. Young
    D.C. No. 02-cv-00345E

MAY 1 2 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy
of the opinion in the above-entitled case(s). The certified judgment
is issued in lieu of a formal mandate and is to be treated in all
respects as a mandate.

    (x) We return herewith the certified record in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this
letter.

    Counsel are advised of the issuance of the mandate by copy of
this letter.  A copy of the certified judgment is also enclosed
showing costs taxed, if any.

                            Very truly yours,
                            MARCIA M. WALDRON
                            Clerk

                            Dana Moore / MB

                    By:  Dana Moore
                         Case Manager

                         Erica Ayala

                         267-299-4941
                         5/9/06

Enclosure